**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jencar Trucking Corp |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 42-1742853 |

**4. Debtor's address**

**Principal place of business**

54 Quail Run
Randolph, NJ 07869
Number, Street, City, State & ZIP Code

Morris
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
20 Continental Drive Stanhope, NJ 07828
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Jencar Trucking Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor  Jencar Trucking Corp _____    Case number (*if known*) _____

Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Jencar Trucking Corp          Case number (*if known*) _____
Name

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 28, 2025 _____
        MM / DD / YYYY

**X** /s/ Carlos Echeverri _____      Carlos Echeverri _____
Signature of authorized representative of debtor      Printed name

Title    President/CEO _____

**18. Signature of attorney**

**X** /s/ Brian G Hannon _____     Date   March 28, 2025 _____
Signature of attorney for debtor                  MM / DD / YYYY

Brian G Hannon _____
Printed name

Norgaard OBoyle Hannon _____
Firm name

184 Grand Avenue
Englewood, NJ 07631 _____
Number, Street, City, State & ZIP Code

Contact phone   (201) 871-1333 _____    Email address   bhannon@norgaardfirm.com _____

BG-3645 NJ _____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name ___Jencar Trucking Corp___

United States Bankruptcy Court for the:  ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 28, 2025___        **X** /s/   Carlos Echeverri
                                              Signature of individual signing on behalf of debtor

                                              Carlos Echeverri
                                              Printed name

                                              President/CEO
                                              Position or relationship to debtor

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

```
┌──────────────────────────────────────────────────────┐
│ Fill in this information to identify the case:         │
│ Debtor name   Jencar Trucking Corp                     │
│ United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY │
│                                                         │
│ Case number (if known): _____            │
└──────────────────────────────────────────────────────┘
```

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aberto Cabreba | | Business Loan | | | | $70,000.00 |
| F & S Tire Corp., Inc. 58 Brunswick Avenue Edison, NJ 08817 | | Lawsuit | | | | $0.00 |
| First Insurance Funding 450 Skokie Blvd., Ste 1000 Northbrook, IL 60062 | | | | | | $280,352.32 |
| Geico Indemnity Company PO Box 96008 Washington, DC 20090-6006 | | Business Debt-Insurance Claim | | | | $15,370.77 |
| Government Employees Insurance Company c/o Fiza Nasim Malik, Esq. Law Offices of Jan Meyer & Associates, P.C. 1029 Teaneck Road, 2nd Floor Teaneck, NJ 07666 | | Lawsuit | | | | $0.00 |
| Guillermo Giraldo | | Business Loan | | | | $65,000.00 |
| Industrial Finance, Inc. 188 Lafayette Ave Hawthorne, NJ 07506 | | 2020 Kenworth T800-#63-Vin..8027-NCO | | $81,689.64 | $60,000.00 | $21,689.64 |
| Industrial Finance, Inc. 188 Lafayette Ave Hawthorne, NJ 07506 | | 2020 Kenworth T800-#64-Vin..8006-NCO | | $81,674.94 | $60,000.00 | $21,674.94 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Jencar Trucking Corp

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Industrial Finance, Inc. 188 Lafayette Ave Hawthorne, NJ 07506 | | 2020 Kenworth T800-#69-Vin..790 1-NCO | | $80,668.73 | $60,000.00 | $20,668.73 |
| Integrated Vehicle Leasing, Inc. 734 Walt Whitman Road, Ste 304 Melville, NY 11747 | | 2021 Peterbilt 567-#73-Vin..1652-NCO | | $98,064.72 | $45,000.00 | $53,064.72 |
| IRS-Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | Federal Taxes Owed (2016-2017) | | | | $310,410.02 |
| Mission Finance, LLC 570 Kinderkamack Rd River Edge, NJ 07661 | | 2021 Peterbilt 567-#68-Vin..1634 | | Unknown | $160,000.00 | $0.00 |
| Prime Property & Casualty Insurance, Inc 8722 S. Harrison St Sandy, UT 84070 | | Business Debt-Insurance Deductible | | | | $1,282.11 |
| Progressive Claims PO Box 89401 Cleveland, OH 44101-8697 | | Business Debt-Insurance Claim | | | | $0.00 |
| Rafael Corbalan, Esq. 601 87th Street North Bergen, NJ 07047 | | Business Debt | | | | $1,528.37 |
| Rufo Cruz c/o Christopher L. Morabelli, Esq. Lord, Kobrin, Alvarez & Fattell, LLC 1283 Route 22 East Mountainside, NJ 07092 | | Lawsuit | | | | $0.00 |
| State of New Jersey Division of Taxation PO Box 046 Trenton, NJ 08646-0046 | | State Taxes Owed | | | | $0.00 |
| Sterling National Bank 500 Seventh Avenue, 3rd Floor New York, NY 10018 | | 2018 Kenworth T800-Vin#1NKDX4 TX4JJ196984 | | Unknown | $0.00 | $0.00 |

| Debtor | Jencar Trucking Corp | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TD Bank 1 Royal Rd Flemington, NJ 08822-6001 | | Business Credit card purchases | | | | $16,301.00 |
| The HILB Group of New Jersey, LLC d/b/a Campisano Insurance Agency 839 Kearney Ave Kearny, NJ 07032 | | Insurance-Collection | | | | $129,527.09 |

**Fill in this information to identify the case:**

Debtor name    Jencar Trucking Corp

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................   $     0.00

   1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................   $     1,271,825.95

   1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................   $     1,271,825.95

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     927,946.64

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $     310,410.02

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     579,361.66

4.   **Total liabilities** .....................................................................................................................
   Lines 2 + 3a + 3b      $     1,817,718.32

**Fill in this information to identify the case:**

Debtor name _____ Jencar Trucking Corp_____

United States Bankruptcy Court for the: _____ DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Santander Bank | Business Line of Credit | 8419 | $0.00 |
| 3.2. | TD Bank | Checking | 4987 | $10.81 |
| 3.3. | TD Bank | Checking | 7790 | $10.05 |
| 3.4. | Wells Fargo | Business Checking | 9146 | $970.90 |
| 3.5. | Wells Fargo | Business Checking | 1713 | $834.19 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $1,825.95 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

Debtor    Jencar Trucking Corp                                          Case number *(If known)* _____
          Name

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

   11b. Over 90 days old:    _____10,000.00    -    _____10,000.00    =....    _____$0.00
                             face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

|  |
|---|
| _____$0.00 |

### Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>Tools to work on Trucks | $0.00 | | $15,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Jencar Trucking Corp | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| $15,000.00 |
|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2018 Kenworth T880-#57-Vin..4011-NCO | $0.00 | | $40,000.00 |
| 47.2.   2019 Kenworth T800-#77-Vin..3649-NCO | $0.00 | | $60,000.00 |
| 47.3.   2019 Kenworth T800-#65-Vin..3650 | $0.00 | | $110,000.00 |
| 47.4.   2019 Kenworth T800-#55-Vin..7870-NCO | $0.00 | | $60,000.00 |
| 47.5.   2019 Kenworth T800-#76-Vin..7874 | $0.00 | | $120,000.00 |
| 47.6.   2020 Kenworth T800-#64-Vin..8006-NCO | $0.00 | | $60,000.00 |
| 47.7.   2020 Kenworth T-800-#67-Vin..8024 | $0.00 | | $120,000.00 |
| 47.8.   2020 Kenworth T800-#72-Vin..8025-NCO | $0.00 | | $40,000.00 |
| 47.9.   2020 Kenworth T800-#63-Vin..8027-NCO | $0.00 | | $60,000.00 |
| 47.10.   2020 Kenworth T800-#69-Vin..7901-NCO | $0.00 | | $60,000.00 |
| 47.11.   2021 Peterbilt 567-#68-Vin..1634 | $0.00 | | $160,000.00 |
| 47.12.   2021 Peterbilt 567-#60-Vin..1615 | $0.00 | | $160,000.00 |
| 47.13.   2021 Peterbilt 567-#71-Vin..1631 | $0.00 | | $160,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Jencar Trucking Corp | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 47.14. | 2021 Peterbilt 567-#73-Vin..1652-NCO | $0.00 | $45,000.00 |
|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

   Add lines 47 through 50.   Copy the total to line 87.

   $1,255,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☒ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

   ☒ No.   Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☒ No.   Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☒ No.   Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Jencar Trucking Corp | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,825.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,255,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,271,825.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,271,825.95 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Jencar Trucking Corp___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1  Industrial Finance, Inc. | Describe debtor's property that is subject to a lien | $81,674.94 | $60,000.00 |
|---|---|---|---|

Creditor's Name

188 Lafayette Ave
Hawthorne, NJ 07506
Creditor's mailing address

2020 Kenworth T800-#64-Vin..8006-NCO

Describe the lien
Commercial Equipment Loan

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1011

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2  Industrial Finance, Inc. | Describe debtor's property that is subject to a lien | $81,689.64 | $60,000.00 |
|---|---|---|---|

Creditor's Name

188 Lafayette Ave
Hawthorne, NJ 07506
Creditor's mailing address

2020 Kenworth T800-#63-Vin..8027-NCO

Describe the lien
Commercial Equipment Loan

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1009

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Jencar Trucking Corp | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Industrial Finance, Inc. | Describe debtor's property that is subject to a lien | $80,668.73 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

188 Lafayette Ave
Hawthorne, NJ 07506

Creditor's mailing address

2020 Kenworth T800-#69-Vin..7901-NCO

**Describe the lien**
Commercial Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1010

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Integrated Vehicle Leasing, Inc. | Describe debtor's property that is subject to a lien | $98,064.72 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

734 Walt Whitman Road, Ste 304
Melville, NY 11747

Creditor's mailing address

2021 Peterbilt 567-#73-Vin..1652-NCO

**Describe the lien**
Business Vehicle Lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7785

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | M & T Equipment Finance Corporation | Describe debtor's property that is subject to a lien | $0.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name
Attn: Michael D. Bloom
300 Frank W. Burr Blvd., Suite 50
Teaneck, NJ 07666

Creditor's mailing address

2018 Kenworth T880-#57-Vin..4011-NCO

**Describe the lien**
Business Debt-UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
6295

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | Jencar Trucking Corp | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. M & T Equipment Finance Corporation

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | M & T Equipment Finance Corporation | **Describe debtor's property that is subject to a lien** 2019 Kenworth T800-#55-Vin..7870-NCO | $0.00 | $60,000.00 |

Creditor's Name
Attn: Michael D. Bloom
300 Frank W. Burr Blvd.,
Suite 50
Teaneck, NJ 07666

Creditor's mailing address

**Describe the lien**
Business Debt-UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1282

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. M & T Equipment Finance Corporation

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | M & T Equipment Finance Corporation | **Describe debtor's property that is subject to a lien** 2018 Kenworth T880-#57-Vin..4011-NCO; 2019 Kenworth T800-#55-Vin..7870-NCO; 2019 Kenworth T800-#76-Vin..7874; 2020 Kenworth T-800-#67-Vin..8024; 2020 Kenworth T800-#72-Vin..8025-NCO | $292,597.20 | $380,000.00 |

Creditor's Name

Attn: Michael D. Bloom
300 Frank W. Burr Blvd.,
Suite 50
Teaneck, NJ 07666

Creditor's mailing address

**Describe the lien**
Commercial Equipment Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
4733

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.6

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | M & T Equipment Finance Corporation | **Describe debtor's property that is subject to a lien** 2020 Kenworth T-800-#67-Vin..8024 | $0.00 | $120,000.00 |

Creditor's Name
Attn: Michael D. Bloom

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 9

Debtor    Jencar Trucking Corp      Case number (if known) _____

Name

300 Frank W. Burr Blvd.,
Suite 50
Teaneck, NJ 07666

Creditor's mailing address

**Describe the lien**
Business Debt-UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
7112

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.7

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | M & T Equipment Finance Corporation | | | | $0.00 | $40,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
2020 Kenworth T800-#72-Vin..8025-NCO

Attn: Michael D. Bloom
300 Frank W. Burr Blvd.,
Suite 50
Teaneck, NJ 07666

Creditor's mailing address

**Describe the lien**
Business Debt-UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
9888

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.7

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Mission Finance, LLC | | | | Unknown | $160,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
2021 Peterbilt 567-#68-Vin..1634

570 Kinderkamack Rd
River Edge, NJ 07661

Creditor's mailing address

**Describe the lien**
Commercial Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Jencar Trucking Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.1
1**

**Sterling National Bank**
Creditor's Name

**500 Seventh Avenue, 3rd Floor**
**New York, NY 10018**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/28/2017**

**Last 4 digits of account number**
**7420**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2018 Kenworth T800-Vin#1NKDX4TX4JJ196984

**Describe the lien**
Business Debt-UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | $0.00 |

---

**2.1
2**

**Sterling National Bank**
Creditor's Name

**500 Seventh Avenue, 3rd Floor**
**New York, NY 10018**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0573**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2017 Kenworth T800 Vin#1NKDX4TXXHJ149260

**Describe the lien**
Business Debt-UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | $0.00 |

---

**2.1
3**

**Sterling National Bank**
Creditor's Name

**500 Seventh Avenue, 3rd Floor**
**New York, NY 10018**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
2018 Kenworth T880 Vin#1NKZX4TX4JJ179642

**Describe the lien**
Business Debt-UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Unknown | $0.00 |

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 5 of 9

| Debtor | Jencar Trucking Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
0031

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | The Huntington National Bank | Describe debtor's property that is subject to a lien | $46,719.87 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

11100 Wayzata Blvd., Ste 700
Minnetonka, MN 55305

Creditor's mailing address

2019 Kenworth T800-#77-Vin..3649-NCO

**Describe the lien**
Commercial Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1525

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | Trans Lease, Inc. | Describe debtor's property that is subject to a lien | $101,182.25 | $160,000.00 |
|---|---|---|---|---|

Creditor's Name

1400 W 62nd Ave
Denver, CO 80221

Creditor's mailing address

2021 Peterbilt 567-#60-Vin..1615

**Describe the lien**
Commercial Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
3002

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | Trans Lease, Inc. | Describe debtor's property that is subject to a lien | $103,895.70 | $160,000.00 |
|---|---|---|---|---|

Creditor's Name

1400 W 62nd Ave
Denver, CO 80221

Creditor's mailing address

2021 Peterbilt 567-#71-Vin..1631

**Describe the lien**
Commercial Equipment Loan

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

03/28/25 4:34 PM

| Debtor | Jencar Trucking Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 3001

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 7 | US Small Business Administration | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

2 Gateway Center, Ste 1002
Newark, NJ 07102-5006

Creditor's mailing address

**Describe the lien**
Business Debt-UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 6431

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 8 | Wells Fargo Equipment Finance, Inc. | Describe debtor's property that is subject to a lien 2019 Kenworth T800-#65-Vin..3650 | $41,453.59 | $110,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

PO Box 856941
Minneapolis, MN 55485-6941

Creditor's mailing address

**Describe the lien**
Commercial Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 0702

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $927,946.64

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 7 of 9

| Debtor | Jencar Trucking Corp | Case number (if known) | |
|--------|----------------------|------------------------|---|
| | Name | | |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|--------------------|-------------------------------------------------------------|------------------------------------------------|
| Advantage Funding<br>I Jericho Plaza, 3rd Fl<br>Jericho, NY 11753 | Line _2.14_ | 4420 |
| Eamonn O'Hagan, Esq.<br>US Attorney's Office<br>970 Broad St<br>Newark, NJ 07102 | Line _2.17_ | |
| Flagstar Bank<br>c/o ACS<br>65 Lawrence Bell Drive<br>Williamsville, NY 14221 | Line _2.2_ | |
| Flagstar Bank<br>c/o ACS<br>65 Lawrence Bell Drive<br>Williamsville, NY 14221 | Line _2.3_ | |
| Flagstar Bank<br>c/o ACS<br>65 Lawrence Bell Drive<br>Williamsville, NY 14221 | Line _2.10_ | |
| Flagstar Bank<br>c/o ACS<br>65 Lawrence Bell Drive<br>Williamsville, NY 14221 | Line _2.1_ | |
| Mercedes-Benz Financial Services USA,LLC<br>PO Box 279319<br>Sacramento, CA 95827 | Line _2.15_ | 3271 |
| Mission Finance, LLC<br>570 Kinderkamack Rd<br>River Edge, NJ 07661 | Line _2.18_ | |
| Mission Finance, LLC<br>570 Kinderkamack Rd<br>River Edge, NJ 07661 | Line _2.15_ | |
| Mission Finance, LLC<br>570 Kinderkamack Rd<br>River Edge, NJ 07661 | Line _2.1_ | |
| Mission Finance, LLC<br>570 Kinderkamack Rd<br>River Edge, NJ 07661 | Line _2.3_ | |
| Mission Finance, LLC<br>570 Kinderkamack Rd<br>River Edge, NJ 07661 | Line _2.2_ | |
| Mission Finance, LLC<br>570 Kinderkamack Rd<br>River Edge, NJ 07661 | Line _2.16_ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 9

03/28/25 4:34 PM

| Debtor | Jencar Trucking Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| People's United Equipment Finance Corp.<br>300 Frank W. Burr Blvd<br>Teaneck, NJ 07666 | Line _2.5_ | | 0364 |
| People's United Equipment Finance Corp.<br>300 Frank W. Burr Blvd<br>Teaneck, NJ 07666 | Line _2.8_ | | 9457 |
| People's United Equipment Finance Corp.<br>300 Frank W. Burr Blvd<br>Teaneck, NJ 07666 | Line _2.9_ | | 9468 |
| People's United Equipment Finance Corp.<br>300 Frank W. Burr Blvd<br>Teaneck, NJ 07666 | Line _2.6_ | | 2595 |
| People's United Equipment Finance Corp.<br>300 Frank W. Burr Blvd<br>Teaneck, NJ 07666 | Line _2.7_ | | 5110 |
| Signature Financial, LLC<br>225 Broad Hollow Rd, Ste 132W<br>Melville, NY 11747 | Line _2.3_ | | 4183 |
| Signature Financial, LLC<br>225 Broad Hollow Rd, Ste 132W<br>Melville, NY 11747 | Line _2.2_ | | 4141 |
| Signature Financial, LLC<br>225 Broad Hollow Rd, Ste 132W<br>Melville, NY 11747 | Line _2.10_ | | 7292 |
| Signature Financial, LLC<br>225 Broad Hollow Rd, Ste 132W<br>Melville, NY 11747 | Line _2.1_ | | 6473 |
| Sterling National Bank<br>One Jericho Plaza, 3rd Floor<br>Jericho, NY 11753 | Line _2.14_ | | 4006 |
| Todd H. Henderson, Esq.<br>US Small Business Administration<br>2 Gateway Ctr., Ste 1002<br>Newark, NJ 07102-5006 | Line _2.17_ | | |
| Wells Fargo Equipment Finance, Inc.<br>600 South 4th Street<br>MAC-N9300-100<br>Minneapolis, MN 55415 | Line _2.18_ | | 7682 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Jencar Trucking Corp___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
IRS-Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$310,410.02**    Priority amount: **$310,410.02**

Date or dates debt was incurred _____

Basis for the claim:
Federal Taxes Owed (2016-2017)

Last 4 digits of account number ___
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** | Priority creditor's name and mailing address
State of New Jersey
Division of Taxation
PO Box 046
Trenton, NJ 08646-0046

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**    Priority amount: **$0.00**

Date or dates debt was incurred _____

Basis for the claim:
State Taxes Owed

Last 4 digits of account number ___
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Aberto Cabreba

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$70,000.00**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim: ___Business Loan___

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | Jencar Trucking Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
---|---|---|---
| F & S Tire Corp., Inc. | |
| 58 Brunswick Avenue | ☐ Contingent |
| Edison, NJ 08817 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** Lawsuit |
| **Last 4 digits of account number** 3724 | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $280,352.32
---|---|---|---
| First Insurance Funding | |
| 450 Skokie Blvd., Ste 1000 | ☐ Contingent |
| Northbrook, IL 60062 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** _ |
| **Last 4 digits of account number** 9394 | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,370.77
---|---|---|---
| Geico Indemnity Company | |
| PO Box 96008 | ☐ Contingent |
| Washington, DC 20090-6006 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** 5/31/2024 | |
| | **Basis for the claim:** Business Debt-Insurance Claim |
| **Last 4 digits of account number** 1087 | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
---|---|---|---
| Government Employees Insurance Company | |
| c/o Fiza Nasim Malik, Esq. | |
| Law Offices of Jan Meyer & Associates, P.C. | |
| 1029 Teaneck Road, 2nd Floor | ☐ Contingent |
| Teaneck, NJ 07666 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** Lawsuit |
| **Last 4 digits of account number** 8924 | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65,000.00
---|---|---|---
| Guillermo Giraldo | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:** Business Loan |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,282.11
---|---|---|---
| Prime Property & Casualty Insurance, Inc | |
| 8722 S. Harrison St | ☐ Contingent |
| Sandy, UT 84070 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** 3/14/24 | |
| | **Basis for the claim:** Business Debt-Insurance Deductible |
| **Last 4 digits of account number** 0034 | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
---|---|---|---
| Progressive Claims | |
| PO Box 89401 | ☐ Contingent |
| Cleveland, OH 44101-8697 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** 1/26/2022 | |
| | **Basis for the claim:** Business Debt-Insurance Claim |
| **Last 4 digits of account number** 0064 | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,528.37
---|---|---|---
| Rafael Corbalan, Esq. | |
| 601 87th Street | ☐ Contingent |
| North Bergen, NJ 07047 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** 8/6/2024 | |
| | **Basis for the claim:** Business Debt |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

---

| Debtor | Jencar Trucking Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Rufo Cruz
c/o Christopher   L. Morabelli, Esq.
Lord, Kobrin, Alvarez & Fattell, LLC
1283 Route 22 East
Mountainside, NJ 07092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Lawsuit

**Last 4 digits of account number** 8424

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Synofia Jacobs
495 Columbia Street
Brooklyn, NY 11231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Lawsuit

**Last 4 digits of account number** 2024

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,301.00**

TD Bank
1 Royal Rd
Flemington, NJ 08822-6001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Credit card purchases

**Last 4 digits of account number** 4912

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$129,527.09**

The HILB Group of New Jersey, LLC
d/b/a Campisano Insurance Agency
839 Kearney Ave
Kearny, NJ 07032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Insurance-Collection

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Trailblazers Insurance Company, Inc.
1450 Maria Lane, Ste 300
Walnut Creek, CA 94596

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/24/2024

**Basis for the claim:** Business Debt-Insurance Deductible

**Last 4 digits of account number** 1767

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Trailblazers Insurance Company, Inc.
3235 Satellite Blvd.
Bldg 400, Ste 300
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/10/24

**Basis for the claim:** Business Debt-Insurance Deductible

**Last 4 digits of account number** 1851

Is the claim subject to offset? ☒ No   ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Ansell Grimm & Aaron, PC 365 Rifle Camp Rd Woodland Park, NJ 07424-2726 | Line 3.13 ☐ Not listed. Explain ___ | 7424 |

---

| Debtor | Jencar Trucking Corp | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | Bryan D. Press, Esq.<br>Law Offices of Bryan D. Press<br>PO Box 246<br>Fair Lawn, NJ 07410 | Line 3.2<br>☐ Not listed. Explain ____ | 2724 |
| 4.3 | Claims Direct Access<br>8722 South 300 West<br>Sandy, UT 84070 | Line 3.7<br>☐ Not listed. Explain ____ | 2106 |
| 4.4 | Dominick W. Lavelle, Esq.<br>152 Forest Avenue<br>Locust Valley, NY 11560 | Line 3.11<br>☐ Not listed. Explain ____ | 2024 |
| 4.5 | Trailblazers Insurance Company, Inc.<br>1450 Maria Lane, Ste 300<br>Walnut Creek, CA 94596 | Line 3.15<br>☐ Not listed. Explain ____ | 1851 |
| 4.6 | Trailblazers Insurance Company, Inc.<br>3235 Satellite Blvd.<br>Bldg 400, Ste 300<br>Duluth, GA 30096 | Line 3.14<br>☐ Not listed. Explain ____ | 1767 |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 310,410.02 |
| 5b. Total claims from Part 2 | 5b.  + | $ 579,361.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 889,771.68 |

**Fill in this information to identify the case:**

Debtor name ___Jencar Trucking Corp___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Lot For Trucks |
| State the term remaining | Monthly(Intend to Keep) |
| List the contract number of any government contract | Waterloo Development<br>20 Continental Drive<br>Stanhope (Budd Lake), NJ 07828 |

**Fill in this information to identify the case:**

Debtor name ___Jencar Trucking Corp___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Carlos Echeverri | 54 Quail Run<br>Randolph, NJ 07869 | The HILB Group of<br>New Jersey, LLC | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |
| 2.2 | Carlos Echeverri | 54 Quail Run<br>Randolph, NJ 07869 | F & S Tire Corp., Inc. | ☐ D _____<br>☒ E/F ___3.2___<br>☐ G _____ |
| 2.3 | Erick Aroca<br>Barzola | 1021 Northeast 24th Avenue<br>Pompano Beach, FL 33062 | Trailblazers Insurance<br>Company, Inc. | ☐ D _____<br>☒ E/F ___3.14___<br>☐ G _____ |
| 2.4 | Herve Joseph | 22 Nelson Pl, Apt 3<br>Maplewood, NJ 07040-3059 | Rufo Cruz | ☐ D _____<br>☒ E/F ___3.10___<br>☐ G _____ |
| 2.5 | Jean P. Ariza | 289 Mt. Hope Ave., Apt. R22<br>Dover, NJ 07801 | Rufo Cruz | ☐ D _____<br>☒ E/F ___3.10___<br>☐ G _____ |
| 2.6 | Jenny Echeverri | 54 Quail Run<br>Randolph, NJ 07869 | TD Bank | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

| Debtor | Jencar Trucking Corp | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.7 | Joan S. Acosta<br>44 Center Grove Road, Apt. B-20<br>Randolph, NJ 07869-4454 | Government Employees Insurance Company | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.8 | Justiniano Godwin<br>53 Center Street, Floor 1<br>Clifton, NJ 07011 | Synofia Jacobs | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |
| 2.9 | Mimose Fils<br>22 Nelson Pl., Apt 3<br>Maplewood, NJ 07040-3059 | Rufo Cruz | ☐ D _____<br>☒ E/F ___3.10___<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name _____ Jencar Trucking Corp _____

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY _____

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $4,160,497.00 |
| For the fiscal year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $6,365,473.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | Jencar Trucking Corp | Case number (if known) | |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Synofia Jacobs vs Justiniano Godwin & Jencar Trucking Corp.<br>532476/2024 | Complaint | State of New York County of Kings | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Rufo Cruz vs. Herve Joseph, Mimose Fils, Jean P. Ariza & Jencar Trucking, Corp.<br>ESX-L-4884-24 | Complaint | Essex County Law Division<br>50 W Market St<br>Newark, NJ 07102-1607 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Government Employees Insurance Company & Government Employees Insurance Company as subrogee of Sherpa Pasang vs. Joan S. Acosta & Jencar Trucking Corp.<br>MRS-L-001289-24 | Complaint | Morris County- Law Division Washington and Court Streets PO Box 910<br>Morristown, NJ 07963-0910 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | F&S Tire Corp, Inc. vs. Jencar Trucking Corp & Carlos Echeverri<br>MRS-DC-9527-24 | Complaint | Morris County- Special Civil Washington and Court Streets<br>PO Box 910<br>Morristown, NJ 07963-0910 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | Jencar Trucking Corp | Case number *(if known)* | |
|---|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Norgaard O'Boyle & Hannon<br>184 Grand Ave<br>Englewood, NJ 07631-3578 | | | $15,000.00 |
| | **Email or website address**<br>Attorney Fee | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Jencar Trucking Corp                                          Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | Robert A. Wianecki, LLC<br>64 Diamond Spring Road<br>Denville, NJ 07834 | Sale of a 2020 &    a 2021 Peterbilt Model<br>567 | 11/10/2023 | $218,346.85 |
| | Relationship to debtor<br>N/A | | | |

## Part 7: Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8: Health Care Bankruptcies

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides<br>meals and housing,<br>number of patients in<br>debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☒ No.
☐ Yes. State the nature of the information collected and retained.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

### 19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Jencar Trucking Corp | Case number *(if known)* | |

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor    Jencar Trucking Corp _____    Case number *(if known)* _____

☒ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Loffredo & Loffredo, LLC<br>322 US 46, Ste 250e<br>Parsippany, NJ 07054 | 2020-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Loffredo & Loffredo, LLC<br>322 US 46, Ste 250e<br>Parsippany, NJ 07054 | 2020-present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Carlos Echeverri<br>54 Quail Run<br>Randolph, NJ 07869 | |
| 26c.2.  Loffredo & Loffredo, LLC<br>322 US 46, Ste 250e<br>Parsippany, NJ 07054 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Loffredo & Loffredo, LLC<br>322 US 46, Ste 250e<br>Parsippany, NJ 07054 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    Jencar Trucking Corp _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carlos Echeverri | 54 Quail Run<br>Randolph, NJ 07869 | President/Owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jenny Echeverri | 54 Quail Run<br>Randolph, NJ 07869 | Secretary | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jenny Echeverri<br>54 Quail Run<br>Randolph, NJ 07869 | $18,750.00 | 2024 | Salary |
| | **Relationship to debtor**<br>Spouse of Owner | | | |
| 30.2. | Carlos Echeverri<br>54 Quail Run<br>Randolph, NJ 07869 | $4,800.00 | 2024 | Salary |
| | **Relationship to debtor**<br>Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor      Jencar Trucking Corp _____      Case number *(if known)* _____

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       March 28, 2025 _____

/s/   Carlos Echeverri _____            Carlos Echeverri _____
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor      President/CEO _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

# United States Bankruptcy Court
### District of New Jersey

In re    Jencar Trucking Corp                      Case No. _____

                                          Debtor(s)        Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carlos Echeverri<br>54 Quail Run<br>Randolph, NJ 07869 | President/CEO | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 28, 2025                         Signature   /s/  Carlos Echeverri _____

                                                          Carlos Echeverri

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re  Jencar Trucking Corp

Case No.

Debtor(s)

Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept ......................................................   $ _____

Prior to the filing of this statement I have received ........................................   $ _____

Balance Due .....................................................................................................   $ _____

☒  **RETAINER**

For legal services, I have agreed to accept and received a retainer of...........................   $        15,000.00

The undersigned shall bill against the retainer at an hourly rate of..............................   $           400.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

☒ Debtor        ☐  Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor        ☐  Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
b.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 28, 2025

*Date*

/s/ Brian G Hannon
Brian G Hannon
*Signature of Attorney*
Norgaard OBoyle Hannon
184 Grand Avenue
Englewood, NJ 07601
(201) 871-1333   Fax: (201) 871-3161
bhannon@norgaardfirm.com
*Name of law firm*

---

# United States Bankruptcy Court
## District of New Jersey

In re   Jencar Trucking Corp

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:   March 28, 2025

/s/  Carlos Echeverri

Carlos Echeverri/President/CEO
Signer/Title

Aberto Cabreba


Advantage Funding
I Jericho Plaza, 3rd Fl
Jericho, NY 11753


Ansell Grimm & Aaron, PC
365 Rifle Camp Rd
Woodland Park, NJ 07424-2726


Bryan D. Press, Esq.
Law Offices of Bryan D. Press
PO Box 246
Fair Lawn, NJ 07410


Carlos Echeverri
54 Quail Run
Randolph, NJ 07869


Claims Direct Access
8722 South 300 West
Sandy, UT 84070


Dominick W. Lavelle, Esq.
152 Forest Avenue
Locust Valley, NY 11560


Eamonn O'Hagan, Esq.
US Attorney's Office
970 Broad St
Newark, NJ 07102


Erick Aroca Barzola
1021 Northeast 24th Avenue
Pompano Beach, FL 33062


F & S Tire Corp., Inc.
58 Brunswick Avenue
Edison, NJ 08817


First Insurance Funding
450 Skokie Blvd., Ste 1000
Northbrook, IL 60062


Flagstar Bank
c/o ACS
65 Lawrence Bell Drive
Williamsville, NY 14221


Geico Indemnity Company
PO Box 96008
Washington, DC 20090-6006

Government Employees Insurance Company
c/o Fiza Nasim Malik, Esq.
Law Offices of Jan Meyer & Associates, P
Teaneck, NJ 07666


Guillermo Giraldo


Herve Joseph
22 Nelson Pl, Apt 3
Maplewood, NJ 07040-3059


Industrial Finance, Inc.
188 Lafayette Ave
Hawthorne, NJ 07506


Integrated Vehicle Leasing, Inc.
734 Walt Whitman Road, Ste 304
Melville, NY 11747


IRS-Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jean P. Ariza
289 Mt. Hope Ave., Apt. R22
Dover, NJ 07801


Jenny Echeverri
54 Quail Run
Randolph, NJ 07869


Joan S. Acosta
44 Center Grove Road, Apt. B-20
Randolph, NJ 07869-4454


Justiniano Godwin
53 Center Street, Floor 1
Clifton, NJ 07011


M & T Equipment Finance Corporation
Attn: Michael D. Bloom
300 Frank W. Burr Blvd., Suite 50
Teaneck, NJ 07666


Mercedes-Benz Financial Services USA,LLC
PO Box 279319
Sacramento, CA 95827


Mimose Fils
22 Nelson Pl., Apt 3
Maplewood, NJ 07040-3059


Mission Finance, LLC
570 Kinderkamack Rd
River Edge, NJ 07661

People's United Equipment Finance Corp.
300 Frank W. Burr Blvd
Teaneck, NJ 07666


Prime Property & Casualty Insurance, Inc
8722 S. Harrison St
Sandy, UT 84070


Progressive Claims
PO Box 89401
Cleveland, OH 44101-8697


Rafael Corbalan, Esq.
601 87th Street
North Bergen, NJ 07047


Rufo Cruz
c/o Christopher  L. Morabelli, Esq.
Lord, Kobrin, Alvarez & Fattell, LLC 128
Mountainside, NJ 07092


Signature Financial, LLC
225 Broad Hollow Rd, Ste 132W
Melville, NY 11747


State of New Jersey
Division of Taxation
PO Box 046
Trenton, NJ 08646-0046


Sterling National Bank
500 Seventh Avenue, 3rd Floor
New York, NY 10018


Sterling National Bank
One Jericho Plaza, 3rd Floor
Jericho, NY 11753


Synofia Jacobs
495 Columbia Street
Brooklyn, NY 11231


TD Bank
1 Royal Rd
Flemington, NJ 08822-6001


The HILB Group of New Jersey, LLC
d/b/a Campisano Insurance Agency
839 Kearney Ave
Kearny, NJ 07032


The Huntington National Bank
11100 Wayzata Blvd., Ste 700
Minnetonka, MN 55305

Todd H. Henderson, Esq.
US Small Business Administration
2 Gateway Ctr., Ste 1002
Newark, NJ 07102-5006


Trailblazers Insurance Company, Inc.
1450 Maria Lane, Ste 300
Walnut Creek, CA 94596


Trailblazers Insurance Company, Inc.
3235 Satellite Blvd.
Bldg 400, Ste 300
Duluth, GA 30096


Trans Lease, Inc.
1400 W 62nd Ave
Denver, CO 80221


US Small Business Administration
2 Gateway Center, Ste 1002
Newark, NJ 07102-5006


Wells Fargo Equipment Finance, Inc.
PO Box 856941
Minneapolis, MN 55485-6941


Wells Fargo Equipment Finance, Inc.
600 South 4th Street
MAC-N9300-100
Minneapolis, MN 55415

# United States Bankruptcy Court
### District of New Jersey

In re  Jencar Trucking Corp _____

                                        Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Jencar Trucking Corp___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 28, 2025 _____

Date

/s/ Brian G Hannon _____

Brian G Hannon
Signature of Attorney or Litigant
Counsel for   Jencar Trucking Corp
Norgaard OBoyle Hannon
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333  Fax:(201) 871-3161
bhannon@norgaardfirm.com